# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00144-CV

**Miles Anson Olson, Appellant**

**v.**

**Jacqueline Hannah Avery, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-FM-08-002533, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellant's brief was due on August 14, 2009. On September 2, 2009, this Court notified appellant that his brief was overdue and that a failure to file a proper motion for extension of time by September 14, 2009, would result in the dismissal of this appeal for want of prosecution. To date, the appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed for Want of Prosecution

Filed:   October 9, 2009